IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
: NO. 03-632
   v. :
:
IAN NORRIS :

## ORDER

**AND NOW,** this **22nd** day of **June, 2010,** it is hereby **ORDERED** that Defendant's motions to dismiss (docs. no. 25, 38, 42) are **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's motions for leave to file a reply brief (doc. no. 36, 74) are **GRANTED.**

**AND IT IS SO ORDERED.**

                           s/Eduardo C. Robreno
                           **EDUARDO C. ROBRENO, J.**