IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :     CRIMINAL ACTION
                            :     NO. 03-632
    v.                  :
                            :
IAN NORRIS                  :

## O R D E R

**AND NOW,** this **12th** day of **July, 2010,** it is hereby **ORDERED** that:

1. Government's motion in limine for an order to permit the testimony of Sutton Keany (doc. no. 58) is **GRANTED.**

2. Defendant's motion to suppress (doc. no. 45) is **DENIED.**


       **AND IT IS SO ORDERED.**


                        s/Eduardo C. Robreno
                        **EDUARDO C. ROBRENO, J.**