IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
: NO. 03-632
v. :
:
IAN NORRIS :

**<u>O R D E R</u>**

**AND NOW**, this **30th** day of **November, 2010,** it is hereby **ORDERED** that Defendant's motion for a judgment of acquittal or, in the alternative, a new trial (doc. no. 159) is **DENIED;**

It is hereby further **ORDERED** that Defendant's motion for leave to file a reply memorandum in support of Defendant's motion (doc. no. 196) is **GRANTED.**

**AND IT IS SO ORDERED.**

                                         s/Eduardo C. Robreno
                                       **EDUARDO C. ROBRENO, J.**